IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY MARK WHITE,

    Petitioner,

v.                             CASE NO. CV416-260

JOSE MORALES, Warden,

    Respondent.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2254 petition is **DENIED WITHOUT PREJUDICE** as to his refiling in an appropriate venue. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA