# United States District Court
## Southern District of Georgia

Anthony Mark White

## JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-260-WTM-GRS

Jose Morales

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this court's order entered 11/23/2016, adopting the report and

recommendation of the Magistrate Judge, the petition is hereby denied without prejudice.



11/23/2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*